DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *Daniel.Hollingsworth@usdoj.gov*
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SERGEI LITVINENKO and<br>JERMAINE SMITH,<br><br>    Defendants. | 2:12-CR-0004-APG-(GWF) |

**NOTICE OF FILING SERVICE OF PROCESS – FEDERAL EXPRESS**

  Attached hereto is the Return on Service of Process by the United States Attorney's Office evidencing service of process on potential claimants by Federal Express.

  DATED: January 21, 2015.

                     DANIEL G. BOGDEN
                     United States Attorney


                     /s/ DANIEL D. HOLLINGSWORTH
                     DANIEL D. HOLLINGSWORTH
                     Assistant United States Attorney

# DECLARATION

I, Mary Stolz, declare the following:

I am a Forfeiture Support Associates Paralegal assigned to the United States Attorney's Office for the District of Nevada. This declaration is made in support of a notice of filing service of process filed in *United States v. Sergei Litvinenko and Jermaine Smith,* 2:12-CR-0004-APG-(GWF).

The service of process was made on the following individuals:

On January 14, 2015, American Express, World Financial Center, 200 Vesey Street, New York, NY 10285, was served via Federal Express (tracking number – 806691080476) with the Notice and Preliminary Order of Forfeiture.

On January 14, 2015, Discover Financial Services, c/o Michael Cassell, 9533 Tournament Canyon, Las Vegas, NV 89144, was served via Federal Express (tracking number – 806691080487) with the Notice and Preliminary Order of Forfeiture.

On January 14, 2015, MasterCard, 2000 Purchase Street, Purchase, NY 10577, was served via Federal Express (tracking number – 806691080465) with the Notice and Preliminary Order of Forfeiture.

On January 14, 2015, Visa Inc., 900 Metro Center Blvd., Foster City, CA 94404, was served via Federal Express (tracking number – 806691080498) with the Notice and Preliminary Order of Forfeiture.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2015.

Mary Stolz
Forfeiture Support Associates Paralegal

# PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Notice of Filing Service of Process on January 21, 2015, by the below identified method of service:

CM/ECF

Todd M. Leventhal
Leventhal and Associates
626 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
Counsel for Alexander Kostyukov

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas NV 89101
emagana@draskovich.com
Counsel for Maceo Boozer, III

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd., S C
Las Vegas, NV 89102
randallroske@yahoo.com
Counsel for Edward Montecalvo

Jonathan Powell
214 South Maryland Parkway
Las Vegas, NV 89101
Jpowell.law@gmail.com
Counsel for Jermaine Smith

William H. Gamage
Gamage & Gamage
5580 South Fort Apache, S 110
Las Vegas, NV 89148
askmyattorney@yahoo.com
Counsel for Makyl Haggerty

David T. Brown
Brown, Brown & Premsrirut
520 S 4th Street, 2nd Floor
Las Vegas, NV 89101
master@brownlawlv.com
Counsel for Qasir Mukhtar

Paul S. Padda
Cohen & Padda, LLP
4240 West Flamingo Road, S 220
Las Vegas, NV 89103
ppadda@caplawyers.com
Counsel for Qasir Mukhtar

Arkady Bukh
Law Offices of Bukh & Associates, PLLC
1123 Avenue Z
Brooklyn, NY 11235
honorable@usa.com
Counsel for Sergei Litvinenko

Christina A. DiEdoardo
Law Offices of Christina DiEdoardo
201 Spear Street, #1100
San Francisco, CA 94105
Christina@diedoardolaw.com
Counsel for Sergei Litvinenko

Michael J. Miceli
Law Office of Thomas F. Pitaro
601 Las Vegas Blvd. S.
Las Vegas, NV 89101
thomaspitaro@yahoo.com
Counsel for Michael Lofton

Nicholas Kaizer
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, NY 10038
nkaizer@landklaw.com
Counsel for Shiyang Gou

Lawrence J. Semenza, II
3753 Howard Hughes Pkwy, S 200
Las Vegas, NV 89169
lsemenza@semenzalawfirm.com
Counsel for Shiyang Gou

Chris T. Rasmussen
Rasmussen & Kang, LLC
330 S. Third St., S 1010
Las Vegas, NV 89101
chris@rasmussenkang.com
Counsel for David Ray Camez

Benjamin C. Durham
601 S. 10th Street
Las Vegas, NV 89101
bdurham@vegasdefense.com
Counsel for Cameron Harrison

John J. Momot, Jr.
John J. Momot, Ltd.
520 S. Fourth Street, S 300
Las Vegas, NV 89101
momotlawfirm@gmail.com
Counsel for Duvaughn Butler

Bret O. Whipple
Law Office of Bret Whipple
110 S. 10th Street
Las Vegas, NV 89104
admin@justice-law-center.com
Counsel for Fredrick Thomas

Leslie A. Park
630 S. Seventh Street
Las Vegas, NV 89101
Les_law60@hotmail.com
Counsel for Elias Lee Samaha

Lance A. Maningo
Bellon & Maningo, Ltd.
732 S. Sixth Street, S 102
Las Vegas, NV 89101
lam@bellonandmaningo.com
Counsel for Andrei Bolovan

Karen C. Winckler
Wright Stanish & Winckler
300 S. Fourth Street, S 701
Las Vegas, NV 89101
Winckler@wswlawlv.com
Counsel for Interested Party Thomas Lamb

Russell M. Aoki
Aoki Law PLLC
720 Olive Way, S 1525
Seattle, WA 98101
russ@aokilaw.com
Interested Party

Craig A. Newby
McDonald Carano Wilson, LLP
2300 W. Sahara Avenue, S 1200
Las Vegas, NV 89102
cnewby@mcdonaldcarano.com
Counsel for Google, Inc.

Richard A. Wright
Wright Stanish & Winckler
300 S. Fourth Street, S 701
Las Vegas, NV 89101
rick@wswlawlv.com
Counsel for Jordan Georgievski

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal